**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Residential Creations, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-8558718** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Route 1, Israel Church Road** **Montrose, WV 26283** Number, Street, City, State & ZIP Code | **Route 1, Box 214J** **Montrose, WV 26283** P.O. Box, Number, Street, City, State & ZIP Code |
| **Randolph** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **2361**

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | |

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
| | | ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | |

| | | | | |
|---|---|---|---|---|
| Debtor | | | Relationship | |
| District | | When | Case number, if known | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

| | |
|---|---|
| **11. Why is the case filed in *this district?*** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | .    *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| **14. Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|
| **15. Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 20, 2016**
MM / DD / YYYY

**X /s/ Derrick Pritt**      **Derrick Pritt**
Signature of authorized representative of debtor      Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X /s/ Joseph W. Caldwell**      Date **May 20, 2016**
Signature of attorney for debtor      MM / DD / YYYY

**Joseph W. Caldwell**
Printed name

**Caldwell & Riffee**
Firm name

**3818 MacCorkle Ave. S.E. Suite 101**
**Post Office Box 4427**
**Charleston, WV 25364-4427**
Number, Street, City, State & ZIP Code

Contact phone    **(304) 925-2100**     Email address    **joecaldwell@frontier.com & chuckriffee@frontier.com**

**586**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4

## United States Bankruptcy Court
### Northern District of West Virginia

In re   **Residential Creations, LLC**                                      Case No.
                                      Debtor(s)              Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **May 20, 2016**                              **/s/ Derrick Pritt**
                                        **Derrick Pritt**/**Managing Member**
                                        Signer/Title

Residential Creations, LLC
Route 1, Box 214J
Montrose, WV 26283


Joseph W. Caldwell
Caldwell & Riffee
3818 MacCorkle Ave. S.E. Suite 101
Post Office Box 4427
Charleston, WV 25364-4427


84 Lumber
P. O. Box 365
Eighty Four, PA 15330


AIG (Workers Comp)
22427 Network Place
Chicago, IL 60673


AT&T
P. O. Box 105068
Atlanta, GA 30348


AT&T Mobility
P. O. Box 6463
Carol Stream, IL 60197


Bane & Moon Heating Inc.
P. O. Box 140
Barrackville, WV 26559


BB&T
P. O. Box 580340
Charlotte, NC 28258


Builders Group Inc.
P. O. Box 2076
Bridgeport, WV 26330


Capital One Bank
P. O. Box 6492
Carol Stream, IL 60197


CAT Financial Commercial Account
P. O. Box 978595
Dallas, TX 75397

Central Supply Co.
4923 Benedum Drive
Bridgeport, WV 26330


City of Bridgeport
515 Main Street
P. O. Box 1310
Bridgeport, WV 26330


City of Philippi
P. O. Box 460
Philippi, WV 26416


Clair E. Carowick, Jr.
115 Evans Drive
Elkins, WV 26241


Climatrol Inc.
P. O. Box 903
Bridgeport, WV 26330


Davis Electrical Service
P. O. Box 810
Elkins, WV 26241


Deeto Card Services
P. O. Box 23060
Columbus, GA 31902


Elkins Foodland, Inc.
P. O. Box 1548
Elkins, WV 26241


Erie Insurance
100 Erie Insurance Place
Erie, PA 16530


Erie Insurance Group
100 Erie Insurance Place
Erie, PA 16530


EZ to Use.com
P. O. Box 1113
Altoona, PA 16603

Fastenal Company
P. O. Box 1286
Winona, MN 55987


Frontier
P. O. Box 20550
Rochester, NY 14602


General Rental
524 Beverly Pike
Elkins, WV 26241


Hartland Building Supply Center
P. O. Box 2186
Clarksburg, WV 26302


Hollie Pritt
216 Mystical Estates
Montrose, WV 26283


Home Depot Credit Services
P. O. Box 9001030
Louisville, KY 40290


Internal Revenue Service
Insolvency Office
425 Juliana Street Room 2116
Parkersburg, WV 26101


J&J Outdoors
1601 South Main Street
Burnsville, WV 26335


J.F. Allen Co.
P. O. Box 2049
Buckhannon, WV 26201


James P. Phillips
14 Oak Lane
Bridgeport, WV 26330


Jeffrey D. Pritt
Route 1, Box 156C
Beverly, WV 26253

Jonathan E. Marks
P. O. Box 179
Bridgeport, WV 26330


K&D General Building Contractors
107 Reeves Avenue
Fairmont, WV 26554


Koval Supply
P. O. Box 429
Granville, WV 26534


Lowes Business Account
P. O. Box 530970
Atlanta, GA 30353


McCarty's Portable Toilets
2670 Berlin Road
Weston, WV 26452


Monongalia Power
P. O. Box 3615
Akron, OH 44309


Morgantown Power Equipment
1718 Mileground Road
Morgantown, WV 26505


Morgantown Septic Service
P. O. Box 352
Granville, WV 26534


O. C. Cluss Lumber Company
P. O. Box 696
Uniontown, PA 15401


Quality Woods, Inc.
P. O. Box 4651
Charleston, WV 25364


R. E. Michel Company
P. O. Box 2318
Baltimore, MD 21203

Rick Satterfield dba 3DDD Construction
731 Middletown Road
Fairmont, WV 26554


Royal Glass LLC
2267 White Hall Blvd.
Fairmont, WV 26554


Scott Electric
P. O. Box S
Greensburg, PA 15601


Septic Solutions & Services Inc.
P. O. Box 172
Adrian, WV 26210


State Electric Supply Co.
P. O. Box 890889
Charlotte, NC 28289


Stephen E. Phillips
841 Dunham Cut Road
Belington, WV 26250


Swift Capital/Swift Financial Corp
501 Carr Road, Suite 301
Wilmington, DE 19809


The Grant County Bank
P. O. Box 929
Petersburg, WV 26847


The Sherwin Williams Company
910 Sheraton Drive, Suite 400
Mars, PA 16046


Valley Supply Company
P. O. Box 1428
Elkins, WV 26241


Waste Management
P. O. Box 13648
Philadelphia, PA 19101-3648

Westley R. Burkhart
Route 1, Box 32
Montrose, WV 26283


Woodford Oil Company
P. O. Box 567
Elkins, WV 26241


WV State Tax Department
Compliance Division
P. O. Box 766
Charleston, WV 25323-0766

# United States Bankruptcy Court
## Northern District of West Virginia

In re    **Residential Creations, LLC**
_____
                          Debtor(s)

Case No. _____

Chapter    **7**    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Residential Creations, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 20, 2016**
_____
Date

**/s/ Joseph W. Caldwell**
_____
**Joseph W. Caldwell 586**
Signature of Attorney or Litigant
Counsel for   **Residential Creations, LLC**
**Caldwell & Riffee**
**3818 MacCorkle Ave. S.E. Suite 101**
**Post Office Box 4427**
**Charleston, WV 25364-4427**
**(304) 925-2100 Fax:(304) 925-2193**
**joecaldwell@frontier.com & chuckriffee@frontier.com**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com